# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2014

Robert P. Young, Jr.,
Chief Justice

150189 & (18)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ROBERT MICHAEL BASHARA,
     Defendant-Appellee.

SC: 150189
COA: 323810
Wayne CC: 13-008320-FC

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. We wish to clarify that it is this Court's understanding that at this point in the proceeding defendant's alleged statements concerning insulin have not been ruled inadmissible.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2014



Clerk

h1009